EVA GARCIA-MENDOZA, ESQ.
NEVADA BAR NO. 1779
501 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101
Ph. (702) 384-8484
Fax (702) 384-0207
Evagm@gms4law.com
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

********

| | |
|---|---|
| MARIO ESCOBEDO-GONZALEZ, ) | Case No.: **2:15cv01687 JCM PAL** |
| Plaintiff, ) | |
| vs. ) | |
| JOHN KERRY, in his Official Capacity only as Secretary of the Department of State, U.S. DEPARTMENT OF STATE, the UNITED STATES OF AMERICA and JOHN DOES 1 through XX, inclusive, ) ) ) ) | |
| Defendants. ) | |

## **AMENDED**

### **STIPULATION AND ORDER EXTENDING THE TIME FOR THE PARTIES TO FILE THE JOINT PRE-TRIAL ORDER**
(First Request)

COMES NOW, the Petitioner, MARIO ESCOBEDO-GONZALEZ, who hereby files his Errata to the Stipulation (#27) filed 05/18/17. The parties stipulated to a sixty (60) day extension of time to file the Joint Pre-Trial Order. Thus, the Joint Pre-Trial Order would be due by **July 20, 2017** not June 20, 2017.

The record (#29) should be changed to reflect that the Joint Pre-Trial Order is due **July 20, 2017.**

Respectfully submitted this 19th day of June, 2017.

| GARCIA-MENDOZA & SNAVELY | OFFICE OF IMMIGRATION LITIGATION |
|---|---|
| /s/ Eva Garcia-Mendoza | /s/ Hans H. Chen |
| EVA GARCIA-MENDOZA, ESQ. | HANS H. CHEN, Senior Litigation Counsel |
| NEVADA BAR NO.: 1779 | Post Office Box 868 Ben Franklin |
| ATTORNEY FOR PLAINTIFF | Washington, D.C. 20044 |
|  | ATTORNEY FOR DEFENDANTS |

## ORDER

IT IS SO ORDERED this ___23rd___ day of June, 2017.

/s/ Peggy A. Leen

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 19, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all ECF participants. Thus, I have served the following:

Hans H. Chen (via CM/ECF)
Senior Litigation Counsel
E-mail: Hans.H.Chen@usdoj.gov
Attorney for Defendants

/s/
An employee of Garcia-Mendoza & Snavely

LAW OFFICES OF
GARCIA-MENDOZA & SNAVELY CHTD.
Eva Garcia-Mendoza, Esq.
Luther M. Snavely, III Esq.
501 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101
(702) 384-8484  FAX (702) 384-0207