GARCIA-MENDOZA & SNAVELY
EVA GARCIA-MENDOZA, ESQ.
NEVADA BAR NO. 1779
501 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101
Ph.     (702) 384-8484
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*\*\*\*\*\*

| | |
|---|---|
| MARIO ESCOBEDO-GONZALEZ, ) | Case No.: **2:15cv01687 JCM PAL** |
| Plaintiff, ) | |
| vs. ) | |
| JOHN KERRY, in his Official Capacity only as Secretary of the Department of State, U.S. DEPARTMENT OF STATE, the UNITED STATES OF AMERICA and JOHN DOES 1 through XX, inclusive, ) ) ) ) | |
| Defendants. ) | |

**STIPULATION AND ORDER EXTENDING THE TIME FOR THE PARTIES TO FILE THE JOINT PRE-TRIAL ORDER**
**(Second Request)**

THE PARTIES HEREBY STIPULATE, through their attorneys of record, to the following:

1. On April 20, 2017, the Court entered its Decision on Plaintiff's Motion for Summary Judgment. The current deadline for the parties to submit the Joint Pre-Trial Order is May 20, 2017.

LAW OFFICES OF
GARCIA-MENDOZA & SNAVELY CHTD.
Eva Garcia-Mendoza, Esq.
Luther M. Snavely, III Esq.
501 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101
(702) 384-8484 FAX (702) 384-0207

2. The parties Stipulated on May 18, 2017 to extend the time for the filing of the Joint Pre-Trial Order because the parties anticipate that they may be able to resolve this matter outside of litigation through action on the administrative level. Specifically, Plaintiff's receipt of documentation may lead to administrative action that may render this case moot.

3. Plaintiff's counsel was informed on **July 18, 2017** that the Texas Department of Vital Statistics will be sending out Plaintiff's birth certificate.

4. Accordingly, the parties request that they have an additional 60 days, until September 20, 2017 to file their Joint Pre-Trial Order.

5. This is the second request for extension of time sought for this specific purpose. The extension is sought in good faith and not for purposes of delay.

Respectfully submitted this ___20th___ day of July, 2017.

| GARCIA-MENDOZA & SNAVELY | OFFICE OF IMMIGRATION LITIGATION |
|---|---|
| s/ Eva Garcia-Mendoza | s/ Hans H. Chen* |
| EVA GARCIA-MENDOZA, ESQ. | HANS H. CHEN, Senior Litigation Counsel |
| NEVADA BAR NO.: 1779 | Post Office Box 868 Ben Franklin |
| ATTORNEY FOR PLAINTIFF | Washington, D.C. 20044 |
| | ATTORNEY FOR DEFENDANTS |
| | (Authorized by email on 7/20/17) |

**ORDER**

IT IS SO ORDERED this 7th day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE/
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July _____, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all ECF participants. Furthermore, I mailed a copy of the foregoing by first class mail, or have dispatched it to a third party commercial carrier for delivery within three calendar days to all non-ECF participants. Thus, I have served the following:

Hans H. Chen (via CM/ECF)
Senior Litigation Counsel
E-mail: Hans.H.Chen@usdoj.gov
Attorney for Defendants

_____
An employee of Garcia-Mendoza & Snavely

3