# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

MARIO ESCOBEDO-GONZALEZ,

Plaintiff(s),

v.

JOHN KERRY, et al.,

Defendant(s).

Case No. 2:15-CV-1687 JCM (PAL)

**ORDER**

Presently before the court is the matter of *Escobedo-Gonzalez v. Kerry, et al.*, case no. 2:15-cv-01687-JCM-PAL.

On April 3, 2018, the court issued an order regarding trial setting calendar call for April 18, 2018 and a bench trial for April 23, 2018. (ECF No. 53).

As the current trial date allows the parties only approximately two weeks to pursue settlement, the court will delay the trial in order to provide the parties with additional time to engage in settlement negotiations.

Accordingly,

IT IS HEREBY ORDERED that calendar call be set for October 10, 2018 at 1:30 p.m. and a bench trial be set for October 15, 2018, at 9:00 a.m.

DATED April 5, 2018.

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**