EVA GARCIA-MENDOZA, ESQ.
NEVADA BAR NO. 1779
501 SO. SEVENTH STREET
LAS VEGAS, NEVADA 89101
Ph.    (702) 384-8484
Fax    (702) 384-0207
        Evagm@gms4law.com
ATTORNEYS FOR THE PLAINTIFF

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

********

| | |
|---|---|
| MARIO ESCOBEDO-GONZALEZ, ) | Case No.: **2:15cv01687 JCM PAL** |
| Plaintiff, ) | |
| vs. ) | |
| MIKE POMPEO, in his Official Capacity only ) as Secretary of the Department of State, U.S. DEPARTMENT OF STATE, the UNITED ) STATES OF AMERICA and JOHN DOES 1 through XX, inclusive, ) | |
| Defendants. ) | |

LAW OFFICES OF
GARCIA-MENDOZA & SNAVELY CHTD.
Eva Garcia-Mendoza, Esq.
Luther M. Snavely, II Esq.
501 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101
(702) 384-8484  FAX (702) 384-0207

## <u>STIPULATION AND ORDER TO CONTINUE TRIAL</u>

**IT IS HEREBY STIPULATED and AGREED**, by and between Plaintiff, MARIO

ESCOBEDO and Defendants, The UNITED STATES OF AMERICA, by and through their

respective undersigned counsel of record, that the Trial scheduled for October 15, 2018 is

continued until the **January 28, 2019 stack, with Calendar Call on January 23, 2019 at 1:30 p.m.**

DATED this ___16___ day of October, 2018.

Law Office of Eva Garcia-Mendoza

USDOJ – Immigration Litigation

_____
EVA GARCIA-MENDOZA, ESQ.
NEVADA BAR NO.: 1779
501 SO. SEVENTH STREET
LAS VEGAS, NEVADA 89101
ATTORNEY FOR PLAINTIFF

___/s/ Francesca M. Genova *___
FRANCESCA M. GENOVA
TRIAL ATTORNEY
ANTHONY D. BIANCO
SENIOR LITIGATION COUNSEL
POST OFFICE BOX 868
BEN FRANKLIN STATION
WASHINGTON, DC 20044
(authorized by email on 10-16-18)

## ORDER

IT IS SO ORDERED this ___17th___ day of October, 2018. The Trial is set for the January 28, 2019 stack, with calendar call on January 23, 2019 at 1:30 p.m.

_____
JAMES C. MAHAN, DISTRICT JUDGE

Respectfully submitted by,

Law Office of Eva Garcia-Mendoza

_____
EVA GARCIA-MENDOZA, ESQ.
NEVADA BAR NO.: 1779
ATTORNEY FOR PLAINTIFF

LAW OFFICES OF
GARCIA-MENDOZA & SNAVELY CHTD.
Eva Garcia-Mendoza, Esq.
Luther M. Snavely, III Esq.
501 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101
(702) 384-8484 FAX (702) 384-0207