UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARIO ESCOBEDO-GONZALEZ,<br><br>Plaintiff(s),<br><br>v.<br><br>JOHN KERRY, et al.,<br><br>Defendant(s). | Case No. 2:15-CV-1687 JCM (PAL)<br><br>**ORDER** |

Presently before the court is the matter of *Escobedo-Gonzalez v. John Kerry et al.*, case number 2:15-cv-01687-JCM-PAL.

On January 8, 2019, defendants Mike Pompeo, the United States of America, and the United States Department of State filed a motion requesting that the court reschedule calendar call and trial. (ECF No. 90). Defendants represent that "Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances" due to the ongoing government shutdown. *Id*.

Good cause appearing, the court will reschedule calendar call to March 6, 2019, at 1:30 p.m., and trial on March 11, 2019, at 9:00 a.m.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motion to continue (ECF No. 90) be, and the same hereby is, GRANTED, consistent with the foregoing.

DATED January 14, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**