UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARIO ESCOBEDO-GONZALEZ, <br><br> Plaintiff, <br><br> v. <br><br> MIKE POMPEO, in his official capacity as Secretary of the Department of State, *et al.*, <br><br> Defendants. | No. 2:15-cv-1687-JCM (PAL) <br><br> ORDER GRANTING MOTION TO CONTINUE TRIAL UNTIL MAY 20, 2019 |

The Court having reviewed and considered the Parties' Joint Motion to Continue Trial, ECF 99, and for good cause appearing, it is hereby ordered that the motion is granted. The trial in this matter is hereby scheduled for May 20, 2019 at 9:00 a.m. with the calendar call scheduled for May 15, 2019, at 1:30 p.m.

DATED March 7, 2019.

_____
Hon. James C. Mahan
United States District Judge