UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

********

MARIO ESCOBEDO-GONZALEZ,

    Plaintiff,

vs.

MIKE POMPEO, in his Official Capacity as Secretary of the Department of State, U.S. Department of State, the United States of America and John Does I through XX, inclusive,

    Defendants.

Case No.: **2:15cv01687 JCM-PAL**

**DECLARATION OF CITIZENSHIP OF THE UNITED STATES 8 U.S.C.1503**

## **DECLARATION OF CITIZENSHIP OF THE UNITED STATES**

This matter having come before the court for trial without a jury on May 20, 2019, on Plaintiff's complaint filed pursuant to 8 U.S.C. 1503 seeking a declaratory judgment that he is a United States citizen after Defendant refused to renew his United States passport, Plaintiff Mario Escobedo present together with his attorney Eva Garcia Mendoza, Esq. Defendants not present but represented by their attorneys Anthony D. Bianco Esq., Senior Litigation Counsel and Francesca Genova Esq. Office of Immigration Litigation Civil Division, United States Department of Justice and the Court having read the pleadings and papers on file herein, heard the testimony of the

witnesses, reviewed the exhibits which were admitted during the trial, and heard the argument of counsel, and good cause appearing therefore, this Court enters the following DECLARATION OF CITIZENSHIP upon the Plaintiff MARIO ESCOBEDO:

1. Whereas Plaintiff Mario Escobedo filed an action in this court pursuant to 8 U.S.C. 1503 seeking a declaration that he is a citizen of the United States by virtue of his birth in the United States;

2. Whereas after a trial held in this action on May 20, 2019, this court found in Plaintiff's favor;

NOW THEREFORE, IT IS ORDERED, ADJUDGED, AND DECLARED THAT:

1. Plaintiff MARIO ESCOBEDO is a citizen of the United States by virtue of his birth in Brownsville, Texas, United States on February 4, 1968;

2. Plaintiff MARIO ESCOBEDO is entitled to all the rights and privileges as any citizen and national of the United States.

3. Plaintiff MARIO ESCOBEDO has established his eligibility for a United States passport because he is a United States citizen.

Dated May 23, 2019.

_____
UNITED STATES DISTRICT JUDGE