UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARIO ESCOBEDO-GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>MIKE POMPEO, in his official capacity as Secretary of the Department of State, *et al.*,<br><br>Defendants. | No. 2:15-cv-01687-JCM-BNW<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE |

The Court having reviewed and considered Defendants' Unopposed Motion for Extension of Time to File Response to Plaintiff's Motion for Attorney's Fees, and for good cause appearing, it is hereby ordered that the motion is granted. Defendants' response is due by September 6, 2019.

Signed on this  2  day of  August , 2019.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. James C. Mahan
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1